**IN**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE:  James Peter Stauffer | | CHAPTER 7 |
| Debtor | | |
| The Money Source Inc. | | |
| Movant | | |
| vs. | | NO. 20-10631 PMM |
| James Peter Stauffer | | |
| Debtor | | |
| Christine C. Shubert Esq. | | 11 U.S.C. Section 362 |
| Trustee | | |

**ORDER**

AND NOW, this     19th                    day of    May              , 2020 at Reading, upon failure of

Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy

Reform Act of 1978 (Tne Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow The

Money Source Inc. to exercise its rights pursuant to the loan documents regarding the premises 645 Valley

Avenue Atglen, PA 19310.  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant

may immediately enforce and implement this Order granting relief from the automatic stay.

*Patricia M. Mayer*

_____

United States Bankruptcy Judge.

cc: See attached service list

James Peter Stauffer
414 Honeysuckle Drive
Marietta, PA 17547-8524

Christopher Constantine Carr,
Law Offices of CHRISTOPHER CONSTANTINE C
3240 Tyning Lane
Downington, PA 19335

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532