```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                                Case No. 20-10631-pmm
James Peter Stauffer                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: YvetteWD            Page 1 of 1           Date Rcvd: May 20, 2020
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db            James Peter Stauffer,    414 Honeysuckle Drive,    Marietta, PA  17547-8524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTOPHER CONSTANTINE CARR    on behalf of Debtor James Peter Stauffer cccarresq@aol.com,
               loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE MONEY SOURCE INC. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  James Peter Stauffer | | CHAPTER 7 |
| Debtor | | |
| The Money Source Inc. | | |
| Movant | | |
| vs. | | NO. 20-10631 PMM |
| James Peter Stauffer | | |
| Debtor | | |
| Christine C. Shubert Esq. | | 11 U.S.C. Section 362 |
| Trustee | | |

## ORDER

AND NOW, this   19th   day of   May  , 2020 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (Tne Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow The Money Source Inc. to exercise its rights pursuant to the loan documents regarding the premises 645 Valley Avenue Atglen, PA 19310.  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

James Peter Stauffer
414 Honeysuckle Drive
Marietta, PA 17547-8524

Christopher Constantine Carr,
Law Offices of CHRISTOPHER CONSTANTINE C
3240 Tyning Lane
Downington, PA 19335

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532